B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pfalzer, Kenn Anthony** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ostrum-Pfalzer, Siiri Jo** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8772** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5450** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1570 South West Fork Drive**<br>**Lake Forest, IL**<br>ZIP Code **60045-3543** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1570 South West Fork Drive**<br>**Lake Forest, IL**<br>ZIP Code **60045-3543** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pfalzer, Kenn Anthony** |
| | **Ostrum-Pfalzer, Siiri Jo** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Ariel Weissberg               November  8, 2011** |
| | Signature of Attorney for Debtor(s)                    (Date) |
| | **Ariel Weissberg 03125591** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                        Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pfalzer, Kenn Anthony**<br>**Ostrum-Pfalzer, Siiri Jo** |

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenn Anthony Pfalzer**
Signature of Debtor **Kenn Anthony Pfalzer**

X **/s/ Siiri Jo Ostrum-Pfalzer**
Signature of Joint Debtor **Siiri Jo Ostrum-Pfalzer**

Telephone Number (If not represented by attorney)

**November 8, 2011**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**November 8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kenn Anthony Pfalzer**
**Siiri Jo Ostrum-Pfalzer**

Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kenn Anthony Pfalzer**
                                      **Kenn Anthony Pfalzer**

Date:    **November  8, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kenn Anthony Pfalzer**
     **Siiri Jo Ostrum-Pfalzer**

Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Siiri Jo Ostrum-Pfalzer**
                            **Siiri Jo Ostrum-Pfalzer**

Date:   **November  8, 2011**

B6D (Official Form 6D) (12/07)

In re   **Kenn Anthony Pfalzer,**
    **Siiri Jo Ostrum-Pfalzer**

Case No. _____

                                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Judgment** | | | | | |
| **Albany Bank & Trust** **3400 West Lawrence Avenue** **Chicago, IL 60625** | | J | **1570 W. West Fork Drive, Lake Forest, IL 60045-3543** | | | X | | |
| | | | Value $      **565,000.00** | | | | **775,000.00** | **743,618.03** |
| Account No. **xxxxxx3871** | | | **First Mortgage** | | | | | |
| **Homecomings Financial** **P.O. Box 205** **Waterloo, IA 50704** | | J | **1570 W. West Fork Drive, Lake Forest, IL 60045-3543** | | | | | |
| | | | Value $      **565,000.00** | | | | **474,814.03** | **0.00** |
| Account No. **xxxxxx6749** | | | **Second Mortgage** | | | | | |
| **Wells Fargo** **MAC S4101-04A** **P.O. Box 29482** **Phoenix, AZ 85038** | | J | **1570 W. West Fork Drive, Lake Forest, IL 60045-3543** | | | | | |
| | | | Value $      **565,000.00** | | | | **58,804.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | **1,308,618.03** | **743,618.03** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,308,618.03** | **743,618.03** |

B6E (Official Form 6E) (4/10)

In re    **Kenn Anthony Pfalzer,**
     **Siiri Jo Ostrum-Pfalzer**        Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Kenn Anthony Pfalzer,**
    **Siiri Jo Ostrum-Pfalzer**
                                                    Case No. _____
                                                    ,
                            Debtors
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
                        (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue Springfield, IL 62719-0001** | | J | | | | X | **Unknown** | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** | |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Kansas City, MO 64999-0002** | | J | | | | X | **Unknown** | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** **0.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Kenn Anthony Pfalzer,**                                    Case No. _____
         **Siiri Jo Ostrum-Pfalzer**
                                                            ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2856** | | | | **Alarm System** | | | | |
| **ADT** **P.O. Box 96175** **Las Vegas, NV 89193-6175** | | | J | | | | | **450.00** |
| Account No. | | | | **Harvard Terrace, LLC** | | | | |
| **Albany Bank & Trust** **3400 West Lawrence Avenue** **Chicago, IL 60625** | | | J | | | | | **2,010,838.00** |
| Account No. | | | | **6551 S. Ingleside, Chicago** | | | | |
| **Albany Bank & Trust** **3400 West Lawrence Avenue** **Chicago, IL 60625** | | | J | | | | | **849,370.00** |
| Account No. | | | | **Albany Bank v. Kenn Pfalzer, 6551 S. Ingleside, LLC, et al., Case No. 09-CH-11553** | | | | |
| **Albany Bank & Trust** **c/o Jeffrey Finke, Esq.** **55 W. Wacker Dr., Suite 1400** **Chicago, IL 60601** | | | J | | | | X | **Unknown** |
| **_9_** continuation sheets attached | | | | Subtotal (Total of this page) | | | | **2,860,658.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kenn Anthony Pfalzer,**
**Siiri Jo Ostrum-Pfalzer**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xx9254** | | | | J | Credit card purchases | | | | |
| **ALW Sourcing, LLC** **1804 Washington Boulevard** **Baltimore, MD 21230** | | | | | | | | | 4,173.78 |
| Account No. **xx3967** | | | | J | Credit card purchases | | | | |
| **ALW Sourcing, LLC** **1804 Washington Boulevard** **Baltimore, MD 21230** | | | | | | | | | 2,788.54 |
| Account No. **xxxx-xxxxxx-x1000** | | | | J | Credit Card | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096-8000** | | | | | | | | | 4,079.26 |
| Account No. | | | | J | | | | | |
| **Aurelio** **PO Box 354** **Highland Park, IL 60035** | | | | | | | | | 1,205.00 |
| Account No. **xxxx-xxxx-xxxx-3397** | | | H | | Credit Card | | | | |
| **Bank of America** **Attn: Bankruptcy NC4-104-02-99** **P.O. Box 26012** **Greensboro, NC 27410** | | | | | | | | | 8,293.17 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,539.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenn Anthony Pfalzer,**
      **Siiri Jo Ostrum-Pfalzer**                                     Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Belmont Bank & Trust**<br>**8250 W. Belmont Avenue**<br>**Chicago, IL 60634** | | J | **71st Place, Chicago** | | | | 787,412.00 |
| Account No. <br><br>**Capital One**<br>**PO Box 5294**<br>**Carol Stream, IL 60197-5294** | | H | **Credit Card** | | | | 2,241.97 |
| Account No. **xxxx-xxxx-xxxx-1124**<br><br>**Capital One**<br>**PO Box 105131**<br>**Atlanta, GA 30348-5131** | | H | **Credit Card** | | | | 4,479.19 |
| Account No. **xxxx6237**<br><br>**Capital One**<br>**PO Box 5294**<br>**Carol Stream, IL 60197-5294** | | J | | | | | 2,411.99 |
| Account No. **xxxx-xxxx-xxxx-3607**<br><br>**Capital One**<br>**PO Box 5294**<br>**Carol Stream, IL 60197-5294** | | J | **Credit Card** | | | | 2,411.99 |

Sheet no. __**2**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
       (Total of this page)           **798,957.14**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Kenn Anthony Pfalzer,**                          Case No. _____
           **Siiri Jo Ostrum-Pfalzer**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **529107148336XXXX**<br><br>**Capital One**<br>**P.O. Box 30281**<br>**Salt Lake City, UT 84130-0285** | | J | **Credit card purchases** | | | | **3,586.00** |
| Account No. **xx-xx-x0155**<br><br>**Capital One**<br>**c/o Blatt, Hasenmiller, Leibsker**<br>**125 S. Wacker Dr., Suite 400**<br>**Chicago, IL 60606-4440** | | J | **Capital One Bank v. Kenn A. Pfalzer, Case No. 09-SC-10155** | | | X | **Unknown** |
| Account No.<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | **Credit Card** | | | | **1,782.90** |
| Account No. **xxxxxxxx3716**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | **Credit Card** | | | | **4,094.31** |
| Account No. **xxxx-xxxx-xxxx-8844**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | **Credit Card** | | | | **12,187.65** |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,650.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenn Anthony Pfalzer,**
      **Siiri Jo Ostrum-Pfalzer**
                                                ,
                                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | |
| Account No. **xxxx-xxxx-xxxx-5847** | | | Credit Card | | | | |
| **Chase (Washington Mutual)** **P.O. Box 24696** **Columbus, OH 43224** | J | | | | | | 7,138.02 |
| Account No. **xxxx-xxxx-xxxx-3364** | | | Credit Card | | | | |
| **Citibank** **P.O. Box 800** **The Lakes, NV 89163** | J | | | | | | 3,518.32 |
| Account No. **xx0051** | | | 12/2010 Comcast Cable | | | | |
| **Credit Protection Associaton** **13355 Noel Rd.** **Suite 2100** **Dallas, TX 75240** | J | | | | | | 142.00 |
| Account No. | | | | | | | |
| **D&G Landscaping Co.** **1924 Grey Ave.** **Evanston, IL 60201** | J | | | | | | 1,185.84 |
| Account No. | | | | | | | |
| **Directv, Inc.** **PO Box 78626** **Phoenix, AZ 85062-8626** | J | | | | | | 0.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,984.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kenn Anthony Pfalzer,**        Case No. _____
**Siiri Jo Ostrum-Pfalzer**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 5840 S. King, Chicago | | | | |
| **First Commercial Bank 3200 West Touhy Avenue Chicago, IL 60645** | | J | | | | | 1,217,770.00 |
| Account No. | | | Mallards Landing | | | | |
| **Founders Bank & Trust 5200 Cascade Road SE Grand Rapids, MI 49546** | | J | | | | | 995,000.00 |
| Account No. xxxxxxxxxxxx1859 | | | Credit Card | | | | |
| **Home Depot Credit Services Processing Center P.O. Box 6029 The Lakes, NV 88901-6029** | | W | | | | | 1,701.78 |
| Account No. xxxxxxxxx6531 | | | Credit Card | | | | |
| **HSBC P.O. Box 17313 Baltimore, MD 21297** | | W | | | | | 1,618.90 |
| Account No. | | | Loan | | | | |
| **Jeff Whitting 1506 E. Michele Dr. Palatine, IL 60074** | | J | | | | X | 25,000.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of     Subtotal     2,241,090.68
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Kenn Anthony Pfalzer,**                                              Case No. _____
          **Siiri Jo Ostrum-Pfalzer**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1859**<br><br>**LTD Financial Services**<br>**7322 Southwest Fwy**<br>**Suite 1600**<br>**Houston, TX 77074** | | J | **Advantage Assets II, Inc.** | | | | **1,701.00** |
| Account No. **853654**<br><br>**Midland Credit Management**<br>**8875 Aero Dr.**<br>**Suite 2**<br>**San Diego, CA 92123** | | J | **Collection** | | | | **1,855.00** |
| Account No. **853666**<br><br>**Midland Credit Management**<br>**8875 Aero Dr.**<br>**Suite 2**<br>**San Diego, CA 92123** | | J | **Collection** | | | | **10,432.00** |
| Account No. **853701XXXX**<br><br>**Midland Credit Management**<br>**8875 Aero Dr.**<br>**Suite 2**<br>**San Diego, CA 92123** | | J | **Collection** | | | | **8,720.00** |
| Account No. **xx-xx-x2050**<br><br>**Midland Funding, LLC**<br>**c/o Blatt Hasenmiller Leibsker**<br>**125 S. Wacker Dr., Suite 400**<br>**Chicago, IL 60606** | | J | **Midland Funding, LLC v. Kenn Pfalzer, 11-SC-02050** | | | X | **Unknown** |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,708.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenn Anthony Pfalzer,**
**Siiri Jo Ostrum-Pfalzer**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Midwest Bank**<br>**7227 W. Addison**<br>**Chicago, IL 60634** | | J | Essex | | | | 518,617.00 |
| Account No. **xx6676**<br><br>**NCO Financial Services**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | J | Credit card purchases | | | | 2,983.52 |
| Account No. **xxxx-xxxxxx-x1008**<br><br>**NCO Portfolio Management**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | J | Credit Card | | | | 2,788.54 |
| Account No. **xxxxxx8347**<br><br>**Nelnet Education Planning & Financi**<br>**P.O. Box 82561**<br>**Lincoln, NE 68501-2561** | | W | Student Loan | | | | 15,577.00 |
| Account No.<br><br>**Newland, Newland & Newland**<br>**1512 Artaius Parkway, Suite 300**<br>**Libertyville, IL 60048** | | J | Attorney's Fees | | | X | 4,124.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

544,090.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenn Anthony Pfalzer,**
      **Siiri Jo Ostrum-Pfalzer**

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0194** <br><br>**Nissan Motor Acceptance Corporation** <br>**P.O. Box 650680** <br>**Dallas, TX 75265-0680** | | W | **Nissan Automobile** | | | | 12,285.00 |
| Account No. **xxxxx-xxxxxx7AAA** <br><br>**Northshore Laboratory SVCS** <br>**9851 Eagle Way** <br>**Chicago, IL 60678** | | J | **Medical Tests** | | | | 405.46 |
| Account No. **xx-xR-739** <br><br>**OCMAC, LLC** | | J | **OCMAC, LLC, as Assignee of Chase Bank, v. Kenn-Anthon Pfalzer, Jr., Case No. 11-AR-739** | | | X | Unknown |
| Account No. **470784000035XXXX** <br><br>**State Farm Bank** <br>**3 State Farm Plaza** <br>**N-3** <br>**Bloomington, IL 61791** | | J | **Credit card purchases** | | | | 1,567.00 |
| Account No. **xx-xx-2041** <br><br>**State Farm Bank** <br>**c/o Blatt Hasenmiller Leibsker** <br>**125 S. Wacker Dr., Suite 400** <br>**Chicago, IL 60606** | | J | **State Farm Bank v. Kenn Pfalzer, Case No. 11-SC-2041** | | | X | Unknown |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,257.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kenn Anthony Pfalzer,**                                      Case No. _____
         **Siiri Jo Ostrum-Pfalzer**
         _____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx0232** | | | Credit Card | | | | |
| **Washington Mutual/Providian** **P.O. box 44118** **Jacksonville, FL 32231-4118** | | W | | | | | 13,513.46 |
| Account No. **xxxx-xxxx-xxxx-1439** | | | Credit Card | | | | |
| **Wells Fargo** **P.O. Box 98798** **Las Vegas, NV 89193** | | W | | | | | 7,902.99 |
| Account No. **xxxx4238** | | | Loan | | | | |
| **Wells Fargo** **P.O. Box 98798** **Las Vegas, NV 89193** | | W | | | | | 1,009.00 |
| Account No. **604870000393XXXX** | | | Credit card purchases | | | | |
| **WF Retail and Credit** **Cscl Team Mac N8235-04M** **PO Box 14517** **Des Moines, IA 50306-3517** | | J | | | | | 5,215.00 |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 27,640.45 |
| | Total (Report on Summary of Schedules) | 6,563,576.58 |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Kenn Anthony Pfalzer**
**Siiri Jo Ostrum-Pfalzer**

Case No.

Debtor(s)  Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                             **47**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November  8, 2011**                    **/s/ Kenn Anthony Pfalzer**
**Kenn Anthony Pfalzer**
Signature of Debtor

Date:  **November  8, 2011**                    **/s/ Siiri Jo Ostrum-Pfalzer**
**Siiri Jo Ostrum-Pfalzer**
Signature of Debtor

ADT
P.O. Box 96175
Las Vegas, NV 89193-6175

Albany Bank & Trust
3400 West Lawrence Avenue
Chicago, IL 60625

Albany Bank & Trust
c/o Jeffrey Finke, Esq.
55 W. Wacker Dr., Suite 1400
Chicago, IL 60601

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

ALW Sourcing, LLC
1804 Washington Boulevard
Baltimore, MD 21230

American Express
Box 0001
Los Angeles, CA 90096-8000

Aurelio
PO Box 354
Highland Park, IL 60035

Bank of America
Attn: Bankruptcy NC4-104-02-99
P.O. Box 26012
Greensboro, NC 27410

Belmont Bank & Trust
8250 W. Belmont Avenue
Chicago, IL 60634

Capital One
PO Box 5294
Carol Stream, IL 60197-5294

Capital One
PO Box 105131
Atlanta, GA 30348-5131


Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0285


Capital One
c/o Blatt, Hasenmiller, Leibsker
125 S. Wacker Dr., Suite 400
Chicago, IL 60606-4440


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase (Washington Mutual)
P.O. Box 24696
Columbus, OH 43224


Citibank
P.O. Box 800
The Lakes, NV 89163


Credit Protection Associaton
13355 Noel Rd.
Suite 2100
Dallas, TX 75240


D&G Landscaping Co.
1924 Grey Ave.
Evanston, IL 60201


Directv, Inc.
PO Box 78626
Phoenix, AZ 85062-8626


First Commercial Bank
3200 West Touhy Avenue
Chicago, IL 60645


Founders Bank & Trust
5200 Cascade Road SE
Grand Rapids, MI 49546

Home Depot Credit Services
Processing Center
P.O. Box 6029
The Lakes, NV 88901-6029


Homecomings Financial
P.O. Box 205
Waterloo, IA 50704


HSBC
P.O. Box 17313
Baltimore, MD 21297


Illinois Department of Revenue
Springfield, IL 62719-0001


Internal Revenue Service
Kansas City, MO 64999-0002


Jeff Whitting
1506 E. Michele Dr.
Palatine, IL 60074


LTD Financial Services
7322 Southwest Fwy
Suite 1600
Houston, TX 77074


Midland Credit Management
8875 Aero Dr.
Suite 2
San Diego, CA 92123


Midland Funding, LLC
c/o Blatt Hasenmiller Leibsker
125 S. Wacker Dr., Suite 400
Chicago, IL 60606


Midwest Bank
7227 W. Addison
Chicago, IL 60634

NCO Financial Services
507 Prudential Rd.
Horsham, PA 19044


NCO Portfolio Management
507 Prudential Rd.
Horsham, PA 19044


Nelnet Education Planning & Financi
P.O. Box 82561
Lincoln, NE 68501-2561


Newland, Newland & Newland
1512 Artaius Parkway, Suite 300
Libertyville, IL 60048


Nissan Motor Acceptance Corporation
P.O. Box 650680
Dallas, TX 75265-0680


Northshore Laboratory SVCS
9851 Eagle Way
Chicago, IL 60678


OCMAC, LLC


State Farm Bank
3 State Farm Plaza
N-3
Bloomington, IL 61791


State Farm Bank
c/o Blatt Hasenmiller Leibsker
125 S. Wacker Dr., Suite 400
Chicago, IL 60606


Transworld Systems
PO Box 12103
Trenton, NJ 08650


Vision Financial Collection Service
PO Box 900
Purchase, NY 10577-0900

Washington Mutual/Providian
P.O. box 44118
Jacksonville, FL 32231-4118


Wells Fargo
MAC S4101-04A
P.O. Box 29482
Phoenix, AZ 85038


Wells Fargo
P.O. Box 98798
Las Vegas, NV 89193


WF Retail and Credit
Cscl Team Mac N8235-04M
PO Box 14517
Des Moines, IA 50306-3517


Zenith Acquisition
170 Northpointe Pkwy
Suite 300
Amherst, NY 14228